IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,

        Plaintiff,                    No. CIV S-11-1763 GGH P

    vs.

HDSP CORRECTIONAL OFFICER
HOAGLAND, et al.,

        Defendants.             ORDER

_____/

        Plaintiff consented to the jurisdiction of the undersigned by way of a consent form docketed on July 20, 2011. By order filed September 19, 2011, the court granted plaintiff twenty-eight days to file an amended complaint. In the September 19th order, the court informed plaintiff of the deficiencies of the complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff was cautioned that failure to amend the complaint would result in dismissal of this action.

\\\\\

\\\\\

\\\\\

1

1  For the reasons given in the September 19, 2011, order, IT IS HEREBY
2  ORDERED that this action is dismissed with prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P.
3  41(b).
4  DATED: November 17, 2011

                                            /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
lewi1763.fta